
RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 7/21/08

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **NORRIS GUIDRY** | **CIVIL ACTION NO. 6:08CV257** |
| **VERSUS** | **JUDGE HAIK** |
| **WARDEN, FORCHT WADE CORRECTIONAL CENTER** | **MAGISTRATE JUDGE HILL** |

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

**X**    The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

__    The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Lafayette, Louisiana, this 21st Day of July, 2008.

Richard T. Haik, Sr.
UNITED STATES DISTRICT JUDGE